JS-6

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JUANITA D. JARAMILLO, | Case No.: 2:09-cv-03831-JFW-CT |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC. | |
| Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ~~September 11, 2009~~
September 24, 2009

/s/
_____
The Honorable Judge
John F. Walter
United States District Judge

[Proposed] Order